IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED
MAY 25 2005
JOHN F. CORCORAN, CLERK
BY: _____
DEPUTY CLERK

| | |
|---|---|
| ANNA GRANDISON (MYERS) ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 5:03CV00081 |
| ) | |
| v. ) | **ORDER** |
| ) | |
| JO ANNE B. BARNHART, Commissioner ) | By: Samuel G. Wilson |
| of Social Security, ) | United States District Judge |
| ) | |
| Defendant. ) | |

This case was referred pursuant to 28 U.S.C. § 636(b)(1)(B) to the Honorable B. Waugh Crigler, United States Magistrate Judge. The Magistrate Judge has filed a report recommending that an order be entered awarding M. Marcelin McKie, Esq. an attorney fee in the amount of $15,587.00 under the Social Security Act (Act), 406(b), 42 U.S.C. § 406(b). Objections to the report and recommendation have not been filed, and the court is of the opinion that the report should be adopted. It is accordingly, **ORDERED** and **ADJUDGED** that M. Marcelin McKie, Esq. be awarded an attorney fee in the amount of $15,587.00.

**ENTER**: This May 25, 2005.

_____
UNITED STATES DISTRICT JUDGE